# EXHIBIT A

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| DINAH SINCLAIR,<br><br>             Plaintiff,<br><br>     v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | Case No. _____<br><br>**COMPLAINT**<br><br>**(Breach of Insurance Contract; Negligence Per Se)**<br><br>**(Not Subject to Mandatory Arbitration)**<br><br>**JURY TRIAL REQUESTED**<br><br>**Fee Authority:  ORS 21.160(1)(c)**<br><br>**Prayer Amount: $450,000** |

**FIRST CLAIM FOR RELIEF**
**(Breach of Insurance Contract)**

1.

Plaintiff Dinah Sinclair (hereinafter "plaintiff") is, and at all times herein was, the owner and occupant of a home located at 2503 NE 59th Avenue, Portland, Oregon (the "property").

Page 1 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
       stephen@bonaparte-leggatt.com

2.

Defendant USAA Casualty Insurance Company (hereinafter "defendant") is, and at all times material herein was, a corporation.

3.

Defendant issued an insurance policy (the "policy") to plaintiff. The policy was issued for valuable consideration in the form of policy premiums, which were paid by plaintiff.

4.

Pursuant to the policy, defendant insured plaintiff's home and agreed to pay for accidental physical losses.

5.

While the policy was in force, on or around August 17, 2024, plaintiff suffered an accidental physical loss.

6.

Plaintiff's loss falls within the coverage of defendant's policy. Pursuant to the terms of the policy, plaintiff sought payment from defendant for all damages caused by the loss. Defendant improperly limited the claim and has refused to pay all of plaintiff's covered loss.

7.

Defendant's denial and refusal to pay all of plaintiff's damages constitutes a breach of the insurance contract.

///

Page 2 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
         stephen@bonaparte-leggatt.com

8.

As a result of defendant's breach of contract, plaintiff has been damaged in the amount of $200,000.

9.

Plaintiff is entitled to attorney fees under ORS 742.061.

## COUNT 2
### (Implied Covenant)

10.

Plaintiff realleges and incorporates by reference the allegations in paragraphs 1-9.

11.

Defendant failed to make payment, refused to make payment, and delayed payment for accidental physical losses in violation of the policy of insurance, thus causing damages to plaintiff.

12.

Defendant violated the implied covenant of good faith and fair dealing by failing to investigate the loss, adjust the claim, and pay plaintiff the amounts owing under the policy, causing damages to plaintiff as follows:

a. On or around August 17, 2024, plaintiff's home was damaged by an accidental loss.

///

///

Page 3 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
        stephen@bonaparte-leggatt.com

b. Plaintiff promptly reported the loss and provided proper proof of loss.

c. Defendant has repudiated its obligations under the contract.

d. Plaintiff has supplied all information and documentation requested by defendant.

13.

It was foreseeable to defendant that if it breached its obligations under the insurance policy, plaintiff would suffer damages.

14.

As a result of the breach of contract by defendant, plaintiff has suffered damages as set forth in paragraph 8.

**SECOND CLAIM FOR RELIEF**
**(Negligence Per Se)**

15.

The allegations in paragraphs 1-14 are incorporated herein by reference.

16.

Because defendant is a corporation that sells insurance and provides insurance coverage to Oregon consumers, the Oregon Legislature through ORS 746.230 requires defendant to adhere to a specified standard of care in the performance of its insurance contracts independent of, in addition to, and outside of the terms of the insurance contract.

Page 4 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
        stephen@bonaparte-leggatt.com

17.

Defendant failed to comply with its obligations under ORS 746.230 in its review, investigation, and eventual decision to limit insurance benefits following the accidental loss suffered by plaintiff in one or more of the following ways:

    a. By refusing to pay the full insurance benefits without conducting a reasonable investigation based on all available information, in violation of ORS 746.230(1)(d);

    b. By failing to affirm or deny coverage of claims within a reasonable time after proof of loss, in violation of ORS 746.230(1)(e);

    c. By not attempting, in good faith, to promptly and equitably settle a claim in which the insurer's liability has become reasonably clear, in violation of ORS 746.230(1)(f);

    d. By compelling plaintiff to initiate this litigation to recover amounts due by offering substantially less than the amount of the covered loss pled as damages in this action, in violation of ORS 746.230(1)(g); and

    e. By attempting to settle claims for less than the amount to which a reasonable person would believe a person was entitled after referring to written or printed advertising material accompanying

Page 5 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
        stephen@bonaparte-leggatt.com

or made part of an application, in violation of ORS 746.230(1)(h).

18.

Defendant's failure to comply with its obligations under ORS 746.230(1) was at minimum negligent, and on information and belief constituted a series of intentional acts defendant undertook either with full knowledge of the unreasonable risk that those acts would cause severe harm to plaintiff or else recklessly as to that unreasonable risk of severe harm.

19.

Defendant's failure to comply with its obligations under ORS 746.230(1) caused plaintiff to suffer economic damages beyond the economic loss of the value of the contractual benefits defendant was obligated to provide under the insurance policy in an amount to be determined.

20.

Defendant's failure to comply with its obligations under ORS 746.230(1) caused plaintiff to suffer not only physical injury, including headaches, loss of sleep, and body-weight fluctuations, but also emotional distress, including depression, anxiety, stress, irritability, feeling overwhelmed, and trouble focusing. Plaintiff's damages for physical and mental injury are in the amount of $250,000.

Page 6 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
          stephen@bonaparte-leggatt.com

21.

Defendant knew, or, in the exercise of reasonable care as a corporation engaged in the business of marketing and selling insurance, should have known, that one or more of its foregoing acts or omissions would create a highly unreasonable risk of harm to plaintiff. In committing those acts and/or omissions, defendant either intentionally disregarded the duty of care it owed to plaintiff under ORS 746.230(1)(d)-(h) or was, at minimum, recklessly indifferent to the risk that plaintiff would suffer harm in consequence of defendant's violation of its statutory duties of care. Plaintiff plans to amend this complaint to include a prayer for punitive damages.

///

///

///

Page 7 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
        stephen@bonaparte-leggatt.com

WHEREFORE, plaintiff prays for relief from defendant as follows:

    a. On the FIRST CLAIM FOR RELIEF:  For damages in the amount of $200,000;

    b. On the SECOND CLAIM FOR RELIEF:  For noneconomic damages in the amount of $250,000;

    c. On the SECOND CLAIM FOR RELIEF:  For economic damages in the amount to be determined;

    d. For prejudgment interest at the legal rate from August 17, 2024;

    e. For plaintiff's attorney fees, costs and disbursements herein; and

    f. For such other relief as the court deems just and proper.

DATED: March 9, 2026.

BONAPARTE & LEGGATT, LLC

By  /s/Stephen D. Leggatt
    Robert E.L. Bonaparte, OSB No. 883411
    Stephen D. Leggatt, OSB No. 036013
    *Of Attorneys for Plaintiff*

Trial Attorney:
Stephen D. Leggatt, OSB No. 036013

Page 8 – COMPLAINT

**BONAPARTE & LEGGATT, LLC**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email:  bob@bb-law.net
       stephen@bonaparte-leggatt.com